**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

20 JAN 29  PM 1: 19

| | | |
|---|---|---|
| AMONDO ARCE AND BERNARD WILLIAMS, on behalf of themselves and a class of those similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:17-cv-900 |
| v. | § § | FLSA COLLECTIVE ACTION |
| EMERALD LAWNS, LLC | § § | |
| Defendant. | § | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

On this day the Court considered the Parties' Joint Motion for Court Approval of Settlement Agreement ("the Motion"). After reviewing the Motion, the Court is of the opinion that it should be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the Settlement Agreement and Release reached by the Parties is a fair and reasonable resolution of *bona fide* disputes between Plaintiffs and Defendant under the FLSA. The Court has scrutinized the Settlement Agreement and Release reached by the Plaintiffs and Defendant and finds that the Settlement Agreement and Release is both fair and reasonable, and that it should be and hereby is APPROVED.

It is further ORDERED, ADJUDGED, AND DECREED that within 10 days of Defendant's issuance of Payment to Class Counsel (as defined in the Settlement Agreement and Release) Plaintiffs shall cause the above styled and number cause to be DISMISSED WITH PREJUDICE, with costs to be taxes to the parties incurring the same.

It is further ORDERED, ADJUDGED, AND DECREED that Amondo Arce's and Bernard Williams' execution of the Settlement Agreement and Release shall have the same force and effect as if each individual Plaintiff class member executed this Agreement individually.

Signed on this _____29th_____ day of _____January_____, 2020.

_____

SAM SPARKS
UNITED STATES DISTRICT JUDGE